IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


LEONARD CARTER,                                                   PETITIONER

V.                                                           NO. 1:07CV27-D-D

CHRISTOPHER EPPS, et al.,                             RESPONDENTS


**FINAL JUDGMENT**

In accordance with the opinion issued this day,

1) the instant cause is DISMISSED without prejudice for failure to exhaust available state remedies;

2) the motion to proceed IFP (docket entry 4) is DENIED as moot; and

3) this case is CLOSED.

**IT IS SO ORDERED.**

THIS the <u>6th</u> day of March, 2007.


                                                           /s/ Glen H. Davidson
                                                           Chief Judge